# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5326**

**September Term, 2025**

**1:25-cv-02903-JMC**

**Filed On:** September 11, 2025

Lisa D. Cook, in her official capacity as a
member of the Board of Governors of the
Federal Reserve System and her personal
capacity,

      Appellee

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants


**BEFORE:** Katsas, Childs, and Garcia, Circuit Judges

### O R D E R

Upon consideration of the emergency motion for stay pending appeal and administrative stay and the opposition to the emergency motion for an administrative stay, it is

**ORDERED** that appellee file a response to the motion for stay pending appeal by 5:00 p.m. on Saturday, September 13, 2025. Any reply is due by 3:00 p.m. on Sunday, September 14, 2025.

### Per Curiam


**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
     Elbert Lestrade
     Deputy Clerk